584 A.2d 237

STATE OF NEW JERSEY v. ALPHONSUS J. JASINSKAS.

May 30, 1990.

Petition for certification denied.

584 A.2d 237

STATE OF NEW JERSEY v. JOSEPH NATHAN RHYM.

May 30, 1990.

Petition for certification denied.

584 A.2d 237

STATE OF NEW JERSEY v. JOHN C. ADAMS.

May 30, 1990.

Petition for certification denied.

584 A.2d 238

STATE OF NEW JERSEY v. MARIN PEDRO HERNANDEZ.

May 30, 1990.

Petition for certification denied.